# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-28932MP |
|  | Citizenship: MEXICO |
| Miguel Quintanilla-Cardenas | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about June 21, 2018, at or near Nogales, Arizona, in the District of Arizona, Miguel QUINTANILLA-Cardenas, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about June 21, 2018, agents found Miguel QUINTANILLA-Cardenas in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Miguel QUINTANILLA-Cardenas admitted to illegally entering the United States of America from Mexico on or about June 21, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 06/22/2018

at Tucson, Arizona

Ricardo H. Islava, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/22/2018

**Jacqueline M. Rateau**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 18-28932MP

vs.

Miguel Quintanilla-Cardenas

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Miguel Quintanilla-Cardenas, was represented by counsel, Greta Vietor (FPD).

The defendant pled guilty to the Complaint on 06/22/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/21/2018 |

As pronounced on 06/22/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Friday, June 22, 2018.

Jacqueline M. Rateau
United States Magistrate Judge

Arresting Agency: TCA

**UNITED STATES DISTRICT COURT**              **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

Date: 06/22/2018          Case Number: 18-28932MP

USA vs. **Miguel Quintanilla-Cardenas**
U.S. MAGISTRATE JUDGE: JACQUELINE M. RATEAU     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Zachary Wiest
INTERPRETER REQ'D: Ignacio Barrientos, Spanish
Attorney for Defendant: Greta Vietor (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **06/21/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:    Greta Vietor (FPD) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Amanda Smith          Sent: 0
    Deputy Clerk          IA: 0
    Start: 2:02 PM Stop: 3:52 PM